IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GHEISA KATHERINE HERNANDEZ GOTTAS,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER CHESTNUT ET AL.,<br><br>Respondents. | No. 1:26-CV-05957-NW<br><br>~~PROPOSED~~ ORDER TO SEAL DOCUMENTS |

Having considered the Request to Seal Documents and the accompanying submissions, and good cause appearing to protect personal identifiers while maintaining a public record through a properly redacted filing, IT IS HEREBY ORDERED:

1. The clerk is directed to temporarily restrict public access to Dkt. No. 5-1 while this Order is implemented, to prevent further dissemination of personal identifiers.

2. The unredacted filing of Dkt. No. 5-1 is SEALED. The Clerk shall maintain the unredacted version under seal as part of the record.

3. The prior public version of Dkt. No. 5-1 is STRICKEN/WITHDRAWN from public access.

4. The redacted replacement submitted with the Request may be filed on the public docket and shall serve as the operative public version of the document.

5. Counsel shall submit the sealed PDFs to the Clerk in accordance with the Court's procedures for sealed materials. The Clerk shall docket the redacted replacement consistent with this Order.

IT IS SO ORDERED

Dated: August 24, 2026

NOEL WISE
United States District Judge